**United States District Court**

For the Northern District of California

1

2                          IN THE UNITED STATES DISTRICT COURT

3                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    COURTNEY B.,                                    No. C-04-4876 JSW (MEJ)

6                  Plaintiff(s),                     NOTICE AND ORDER OF SETTLEMENT
                                                     CONFERENCE
7        vs.

8    SAN RAMON VALLEY UNIFIED,

9                  Defendant(s).
                                              /

10

11   TO ALL PARTIES and their Attorneys of Record:

12           PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before

13   Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **September 14,**

14   **2005 at 10:00** a.m. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate

15   Avenue, 15th Floor, San Francisco, California 94102.  The parties shall immediately notify the Court if this

16   matter settles or is dismissed before the settlement conference date. On the date of the settlement

17   conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the

18   Court of their arrival.  The parties shall notify the Court if the matter has settled or been dismissed before

19   the date of the conference.

20           Settlement Conference statements shall be submitted in accordance with Magistrate Judge James'

21   STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which may be

22   obtained from the Northern District of California's website at

23   http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then

24   choose Magistrate Judge James.

25           When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

26   administrative requests or a request to be excused from attendance), the parties shall, in addition to filing

27   papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day

28

following the day the papers are filed electronically.  These printed copies shall be marked "Chambers

Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James'

name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

with the Clerk's Office that has already been filed electronically.  **Any proposed orders must also be**

**emailed to: mejpo@cand.uscourts.gov**

     Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

questions.


IT IS SO ORDERED.


Dated:  June 3, 2005                                                 ___/s/ Maria-Elena James_____
                                                                                 MARIA-ELENA JAMES
                                                                                 United States Magistrate Judge

**United States District Court**

For the Northern District of California

2