**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COURTNEY B.,

    Plaintiff,

v.

SAN RAMON VALLEY UNIFIED DISTRICT,

    Defendant.

_____/

No. C 04-04876 JSW

**ORDER DENYING PLAINTIFF'S REQUEST TO STAY THIS COURT'S ORDER OF DISMISSAL**

On December 5, 2005, the Court issued an order granting Defendant's motion to dismiss. However, the Court stayed its ruling until February 3, 2006, to permit an attorney to enter an appearance on Courtney B.'s behalf. If no attorney enters an appearance by that date, the stay will be lifted, and the case will be dismissed without prejudice.

On January 25, 2006, Courtney B. lodged with the Court an *ex parte* request to stay the order of dismissal. This request was not filed because Courtney B. did not file an administrative motion to file such document under seal in accordance with Local Rule 79-5. Nevertheless, because the Court has reviewed the *ex parte* request and received Defendant's opposition to it, the Court will rule upon the request. The Court HEREBY DENIES Courtney B.'s request to

stay the Court's order dismissing the case. Accordingly, if an attorney does not enter an appearance by February 3, 2006, the case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 2, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2