IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY B., | |
| Plaintiff, | No. C 04-04876 JSW |
| v. | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, | **ORDER OF DISMISSAL** |
| Defendant. | |

On December 5, 2005, the Court issued an order granted Defendant's motion to dismiss, but stayed the ruling until February 3, 2006 to permit an attorney to enter an appearance on behalf of Courtney B. The Court stated that if no attorney entered an appearance on her behalf by that date, the Court would lift the stay and dismiss the case without prejudice. The February 3, 2006 deadline has passed and no attorney has yet entered an appearance on behalf of Courtney B. Accordingly, the Court HEREBY DISMISSES this case without prejudice.

**IT IS SO ORDERED.**

Dated: February 16, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE